OPINION — AG — ** DEPARTMENT OF AGRICULTURE — GRAIN STORAGE ** THE OKLAHOMA DEPARTMENT OF AGRICULTURE MAY 'NOT' REQUIRE A GRAIN WAREHOUSE LOCATED OUTSIDE THE STATE (OUT OF STATE) OF OKLAHOMA TO COMPLY WITH THE GRAIN STORAGE ACT. (GRAIN, LOSS, ASSESSMENTS, INVESTMENTS, INDEMNITY FUND, TAXATION, REVENUE, GRAIN PRODUCERS, OKLAHOMA DEPARTMENT OF AGRICULTURE) CITE: 2 O.S. 9-41 [2-9-41], 2 O.S. 9-42 [2-9-42], 2 O.S. 9-43 [2-9-43](5), 2 O.S. 9-44 [2-9-44] 2 O.S. 9-45 [2-9-45], 2 O.S. 1021 [2-1021], 2 O.S. 1030 [2-1030], 2 O.S. 1001 [2-1001] (VICTOR N. BIRD)